IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Irvin Sr, Roy | Case Number: 07 B 17920 |
| | Judge: Squires, John H |
| Printed: 2/19/08 | Filed: 10/1/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 9, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Sterling Inc | Secured | 0.00 | 0.00 |
| 2. | Capital One Auto Finance | Secured | 15,000.00 | 0.00 |
| 3. | Capital One Auto Finance | Unsecured | 470.76 | 0.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 65.67 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 6. | University Of Chicago | Unsecured | | No Claim Filed |
| 7. | Midway Airport Chicago | Unsecured | | No Claim Filed |
| 8. | Rogers Enterprises Inc | Unsecured | | No Claim Filed |
| | | | $ 15,536.43 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

